IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| RANDALL LEE DALTON, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 2:17-cv-04057-NKL |
| | ) | |
| MICHAEL BARRETT, *et. al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## Entry of Appearance

Kayla M. DeLoach of the American Civil Liberties Union of Missouri Foundation enters her appearance as co-counsel for Plaintiffs.

                                                  Respectfully submitted,

                                                  /s/ Kayla M. DeLoach
                                                  Kayla M. DeLoach, #72424
                                                  ACLU of Missouri Foundation
                                                  906 Olive St., Suite 1130
                                                  St. Louis, MO 63101
                                                  314-652-3114
                                                  kdeloach@aclu-mo.org

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2020, a copy of the foregoing was filed electronically and served on all counsel of record by operation of the CM/ECF system.

/s/ Kayla M. DeLoach