IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ANDREA MARTINEZ, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No.: 5:19-CV-06135-FJG ) |
| UNITED STATES OF AMERICA, EVERETT CHASE, and RONNET SASSE, | ) ) ) ) |
| Defendants. | ) ) |

## CERTIFICATE OF SERVICE

COMES NOW Defendant Chase, by and through his undersigned counsel of record, and hereby certifies that he has caused to be served on the parties the following:

1. *Responses to Plaintiff's First Interrogatories to Defendant Chase; and*

2. *Responses to Plaintiff's Second Request for Production of Documents Directed to Defendant Everett Chase,*

as well as a copy of this *Certificate of Service*, by depositing same in the United States Mail, postage prepaid, on July 6, 2021, addressed as follows:

Anthony E. Rothert
Jessie Steffan
Molly Carney
ACLU of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, MO 63101

Gillian R. Wilcox
ACLU of Missouri Foundation
406 West 34th Street, Suite 420
Kansas City, MO 64111

J. Emmett Logan
Stinson LLP
1201 Walnut Street, Suite 2900
Kansas City, MO 64106

*Attorneys for Plaintiff*

Alan Thomas Simpson
United States Attorney's Office-KCMO
400 E. 9th Street, Suite 5510
Kansas City, MO 64106
*Attorneys for Defendant United States of America*

Todd P. Graves
Andrew P. Alexander
Graves Garrett LLC
1100 Main Street, Suite 2700
Kansas City, MO 64105
*Attorneys for Defendant Ronnet Sasse*

                                      Respectfully submitted,

                                      FISHER, PATTERSON, SAYLER & SMITH, LLP

                                      /s/ David S. Baker
                                      David S. Baker                          #30347
                                      9393 W. 110th Street, Suite 300
                                      Building 51, Corporate Woods
                                      Overland Park, KS 66210
                                      (913) 339-6757;  Fax: (913) 339-6187
                                      dbaker@fisherpatterson.com
                                      *Attorneys for Defendant Chase*