# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | | | |
|---|---|---|---|
| ANDREA MARTINEZ, | ) | | |
| Plaintiff, | ) | | |
| v. | ) | No. | 5:19-cv-06135-FJG |
| UNITED STATES OF AMERICA, EVERETT CHASE, in his individual capacity, and RONNET SASSE, in her individual capacity, | ) | | |
| Defendants. | ) | | |

**Certificate of Service for Plaintiff's Second Supplemental Rule 26(a)(1) Disclosures**

Undersigned counsel for Plaintiff hereby certifies that on August 4, 2021, Plaintiff's Rule 26(a)(1) Second Supplemental Disclosures were sent via email to counsel for all Defendants:

Alan T. Simpson, MO #65183
Assistant United States Attorney
Western District of Missouri
400 East Ninth Street, Suite 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3130
Facsimile: (816) 426-3165
Email: alan.simpson@usdoj.gov
**ATTORNEY FOR DEFENDANT**
**UNITED STATES OF AMERICA**

FISHER, PATTERSON, SAYLER & SMITH, LLP
David S. Baker #30347
9393 W. 110th Street, Suite 300
Building 51, Corporate Woods
Overland Park, KS 66210
(913) 339-6757; Fax: (913) 339-6187
dbaker@fisherpatterson.com

**ATTORNEYS FOR DEFENDANT CHASE**

1

GRAVES GARRETT LLC
Todd P. Graves, MO #41319
Andrew P. Alexander, MO #66980
1100 Main Street, Suite 2700
Kansas City, MO 64105
Telephone: (816) 256-3181
Fax: (816) 256-5958
tgraves@gravesgarrett.com
aalexander@gravesgarrett.com

**ATTORNEYS FOR DEFENDANT SASSE**

    Respectfully submitted,

    /s/ Gillian R. Wilcox
    GILLIAN R. WILCOX, #61278
    ACLU of Missouri Foundation
    406 West 34th Street, Suite 420
    Kansas City, Missouri 64111
    Phone: (816) 470-9938
    gwilcox@aclu-mo.org

    **ATTORNEY FOR PLAINTIFF**

2