IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| ANDREA MARTINEZ, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) Case No. 5:19-cv-06135-FJG |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## NOTICE OF DEPOSITION

TO: J. Emmett Logan
Stinson LLP
1201 Walnut Street, Suite 2900
Kansas City, MO 64106

PLEASE TAKE NOTICE that, under Federal Rule of Civil Procedure 30, the United States, by and through its counsel of record, will take the deposition of **Megan Galicia** on **Tuesday**, **November 22, 2022,** commencing **at 9:00 a.m.** and continuing until completed, at the offices of Stinson LLP, 1201 Walnut Street, Suite 2900, Kansas City, Missouri 64106. The deposition will be taken before an officer authorized by law to administer oaths and will be recorded by stenographic and video means. This deposition is for the purposes of discovery and for any and all other purposes as provided for by the Federal Rules of Civil Procedure.

Dated: October 26, 2022	Respectfully submitted,

Teresa A. Moore
United States Attorney


By	**/s/ Alan T. Simpson**
Alan T. Simpson, Mo. Bar No. 65183
Assistant United States Attorney
Western District of Missouri
400 East Ninth Street, Suite 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3130
Facsimile: (816) 426-3165
Email: alan.simpson@usdoj.gov
ATTORNEY FOR DEFENDANT