IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| ANDREA MARTINEZ,<br><br>   Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant. | Civil Action No. 5:19-CV-6135-FJG |

## ENTRY OF APPEARANCE

  Emily Carney of Stinson LLP hereby enters her appearance on behalf of Plaintiff Andrea Martinez.

              Respectfully submitted,

Dated: December 1, 2022     */s/ Emily Carney*
                Emily Carney #71827
                Stinson LLP
                1201 Walnut Street, Suite 2900
                Kansas City, MO 64106
                Phone: (816) 691-3395
                Fax: (816) 412-1250
                emily.carney@stinson.com

                *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2022, a copy of the foregoing was filed electronically and served on all counsel of record by operation of the CM/ECF system.

/s/ *Emily Carney*
Attorney for Plaintiff