IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

ANDREA MARTINEZ,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Civil Action No. 5:19-CV-6135-FJG

## CERTIFICATE OF SERVICE

Undersigned counsel for Plaintiff hereby certifies that on December 16, 2022, Plaintiff's supplemental production to Defendant's Second Requests for Production of Documents were sent via e-mail, and that a copy of this Certification of Service was electronically filed with the Clerk of the Court using the CM/ECF system on this sixteenth day of December, 2022, addressed to:

    Alan Simpson
    Assistant United States Attorney
    400 E. Ninth Street, Suite 5510
    Kansas City, Missouri, 64106
    alan.simpson@usdoj.gov

    Respectfully submitted,

Dated: December 16, 2022

*/s/ Emily Carney*
J. EMMETT LOGAN, #30019
EMILY CARNEY, #71827
Stinson LLP
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
Phone: (816) 691-2745
Fax: (816) 412-1250
elogan@stinson.com
emily.carney@stinson.com

1

ANTHONY E. ROTHERT, #44827
JESSIE STEFFAN, #64861
ACLU of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
Phone: (314) 652-3114
Fax: (314) 652-3112
trothert@aclu-mo.org
jsteffan@aclu-mo.org

GILLIAN R. WILCOX, #61278
ACLU of Missouri Foundation
406 West 34th Street, Suite 420
Kansas City, Missouri 64111
Phone: (816) 470-9938
gwilcox@aclu-mo.org

*Attorneys for Plaintiffs*