# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## ST. JOSEPH DIVISION

| | |
|---|---|
| ANDREA MARTINEZ,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>*Defendant*. | No. 5:19-cv-06135-FJG |

**CONSENT MOTION FOR LEAVE TO FILE
SUGGESTIONS IN OPPOSITION TO PLAINTIFF'S MOTION
TO EXCLUDE (DOC. 142) THE TESTIMONY AND REPORT OF PAUL MASSOCK**

Defendant the United States of America moves the Court to enter an order granting the United States a ten (10) day extension of time, until March 27, 2023, to file its suggestions in opposition to Plaintiff's Motion (Doc. 142) to exclude the testimony and report of proposed expert ATF Deputy Chief Paul Massock.

1. This is Defendant's first request for extension of time to respond to Plaintiff's Motion (Doc. 142).

2. Plaintiff's counsel indicated via email that Plaintiff consents to the relief sought in this motion.

3. On March 3, 2023, Plaintiff filed a Motion (Doc. 142) to exclude the testimony and report of proposed expert ATF Deputy Chief Paul Massock.

4. Under the Court's ordinary scheduling practices, suggestions in opposition to Plaintiff's Motion must be filed no later than March 17, 2023.

5. Defendant's counsel makes this request due to the press of other obligations, including a summary judgment deadline on March 16, 2023, unexpected matters related to other

cases, an unexpected emergency matter and hearing in bankruptcy court, and personal family leave for Defendant's counsel's infant son.

6. No party will be prejudiced by this short extension of time, and this extension of time is not made for any improper purpose such as harassment or delay. Rather, this extension of time is necessary to fully address the arguments of Plaintiff's counsel.

WHEREFORE, Defendant the United States of America moves the Court to enter an order: (1) granting the United States a ten (10) day extension of time, until March 27, 2023, to file its suggestions in opposition to Plaintiff's Motion (Doc. 142) to exclude the testimony and report of ATF Deputy Chief Paul Massock; and (2) granting the United States such other and further relief as is just and proper.

Date: March 15, 2023

Respectfully submitted,

Teresa A. Moore
United States Attorney

By  */s/ Alan T. Simpson*
Alan T. Simpson
Missouri Bar No. 65183
Assistant United States Attorney
Western District of Missouri
400 East Ninth Street, Suite 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3130
Facsimile: (816) 426-3165
Email: alan.simpson@usdoj.gov
ATTORNEY FOR THE UNITED STATES