IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| ANDREA MARTINEZ, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 5:19-CV-06135-FJG |
| UNITED STATES OF AMERICA, ET AL., | ) |
| Defendants. | ) |

## ORDER

Currently pending before the Court is Plaintiff Andrea Martinez's Consent Motion for Extension of Time to Respond to Defendant's *Daubert* Motions (Doc. #145). For good cause shown, the Court hereby **GRANTS** Plaintiff's motion. Plaintiff shall file any response to Defendant United States' Motion to Exclude Victoria Ford as an Expert Witness, Motion to Exclude Archie Heddings, MD as an Expert Witness, and Motion to Exclude Stephanie Haupt, MD as an Expert Witness (Doc. Nos. 139, 140, and 141) on or before March 27, 2023.

Also pending before the Court is the United States' Consent Motion for Extension of Time to Respond to Plaintiff's Motion to Exclude the testimony and report of proposed expert ATF Deputy Chief Paul Massock (Doc. # 146). For good cause shown, the Court hereby GRANTS the United States' Motion for an Extension of Time. The United States shall file its response to Plaintiff's Motion to Exclude Paul Massock on or before March 27, 2023.

Date: March 20, 2023  **S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri  Fernando J. Gaitan, Jr.
 United States District Judge