IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| ANDREA MARTINEZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Civil Action No. 5:19-CV-6135-FJG |

## Consent Motion to Exceed Page Limitation

Plaintiff requests leave to file suggestions in opposition to Defendant's motion to exclude testimony of Victoria Ford in excess of the fifteen-page length limit set by Local Rule 7.0(d). In support, Plaintiff states:

1. Plaintiff's proposed suggestions in opposition is 20 pages, exclusive of the title page, table of contents, table of authorities, and certificate of service.

2. Plaintiff's suggestions in opposition require additional pages to sufficiently address the multiple arguments that Defendant presents in support of the motion to exclude testimony of Victoria Ford.

3. Plaintiff's proposed suggestions in opposition are attached.

4. Counsel for Defendant does not object to this request.

WHEREFORE Plaintiff moves this Court for leave to file suggestions in opposition to Defendant's motion to exclude testimony of Victoria Ford in excess of the page limitation.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　*/s/ Gillian R. Wilcox*
　　　　　　　　　　　　　　　　　GILLIAN R. WILCOX, #61278

ACLU of Missouri Foundation
406 West 34th Street, Suite 420
Kansas City, Missouri 64111
Phone: (816) 470-9938
gwilcox@aclu-mo.org

ANTHONY E. ROTHERT, #44827
JESSIE STEFFAN, #64861
ACLU of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
Phone: (314) 652-3114
Fax: (314) 652-3112
trothert@aclu-mo.org
jsteffan@aclu-mo.org

J. EMMETT LOGAN, #30019
EMILY CARNEY, #71827
Stinson LLP
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
Phone: (816) 691-2745
Fax: (816) 412-1250
elogan@stinson.com
emily.carney@stinson.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The foregoing was electronically filed with the Clerk of Court using the CM/ECF system on March 27, 2023.

*/s/ Gillian R. Wilcox*