# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| ANDREA MARTINEZ, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No.: 5:19-CV-06135-FJG<br>)<br>) |
| UNITED STATES OF AMERICA, ET AL., | )<br>) |
| Defendants. | ) |

# ORDER

Currently pending before the Court is the Consent Motion of the United States for Leave to File Under Seal unredacted copies of the United States' Motions to Exclude Expert Testimony, specifically Docs.139 (with attachments), 140 and 141. Plaintiff's counsel has no objection to the documents being filed under seal. Accordingly, for good cause shown, the Court hereby **GRANTS** the United States' Motion for Leave to File Under Seal unredacted copies of the United States' Motions to Exclude Expert Testimony, (specifically Docs.139 (with attachments), 140 and 141) (Doc. # 144).

Also pending before the Court is plaintiff's Consent Motion for Leave to Exceed Page Limitation (Doc. # 150). Plaintiff seeks leave to file Suggestions in Opposition to Defendant's Motion to Exclude the Testimony of Victoria Ford which exceed the page limitation by five pages. For good cause shown and with no opposition indicated, plaintiff's Motion for Leave to Exceed the Page Limitation is hereby **GRANTED** (Doc. # 150).

Also pending before the Court is the United States' Consent Motion for Extension of Time to File Reply Suggestions in Support of Motion to Exclude Victoria Ford (Doc. #

156). The United States is seeking a fourteen-day extension of time to file its Reply Suggestions. Accordingly, for good cause shown and with no opposition indicated the Court hereby **GRANTS** the United States' Motion for an Extension of Time (Doc. # 156). The United States shall file its Reply Suggestions in Support of its Motion to Exclude Victoria Ford on or before **April 24, 2023**.

Date: April 6, 2023  
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**  
Fernando J. Gaitan, Jr.  
United States District Judge