**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION**

| | |
|---|---|
| ANDREA MARTINEZ, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Civil Action No. 5:19-CV-6135-FJG |

**STIPULATION TO AUTHENTICITY AND ADMISSIBILITY
OF AUDIO-VIDEO EVIDENCE**

Plaintiff Andrea Martinez and Defendant United States of America stipulate that the audio-video files listed below, by their discovery production numbers or file names, are authentic, under Fed. R. Evid. 901, and are not hearsay under Fed. R. Evid. 803(6):

Martinez_00000146;

Martinez_00000147;

Martinez_00000148;

Martinez_00000149;

Martinez_00000150;

Martinez_00000151;

Martinez_00000152;

Martinez_00000153;

Martinez_00000154;

Martinez_00000155;

1

Martinez_00000156;

Martinez_00000157;

Martinez_00000158;

Martinez_00000159;

Martinez_00000160;

Martinez_00000161;

Martinez_00000162;

Martinez_00000163;

Martinez_00000164;

Martinez_00000165;

Martinez_00000166;

Martinez_00000167;

Martinez_00000168;

Martinez_00000169;

Martinez_00000170;

Martinez_00000171;

Martinez_00000172;

Martinez_00000173;

Martinez_00000174;

Martinez_00000175;

Martinez_00000176;

Martinez_00000177;

2

Case 5:19-cv-06135-FJG   Document 165   Filed 04/19/23   Page 2 of 4

LU1_062618_INCIDENT_A and B Cam.mp4;

LU1_062618_INCIDENT_A and B Cam(1).mp4.


Respectfully submitted,

Dated: April 19, 2023                          */s/* J. Emmett Logan
                                                          J. EMMETT LOGAN, #30019
                                                          EMILY CARNEY, #71827
                                                          Stinson LLP
                                                          1201 Walnut Street, Suite 2900
                                                          Kansas City, MO 64106
                                                          Phone: (816) 691-2745
                                                          Fax: (816) 412-1250
                                                          elogan@stinson.com
                                                          emily.carney@stinson.com

                                                          ANTHONY E. ROTHERT, #44827
                                                          JESSIE STEFFAN, #64861
                                                          ACLU of Missouri Foundation
                                                          906 Olive Street, Suite 1130
                                                          St. Louis, Missouri 63101
                                                          Phone: (314) 652-3114
                                                          Fax: (314) 652-3112
                                                          trothert@aclu-mo.org
                                                          jsteffan@aclu-mo.org

                                                          GILLIAN R. WILCOX, #61278
                                                          ACLU of Missouri Foundation
                                                          406 West 34th Street, Suite 420
                                                          Kansas City, Missouri 64111
                                                          Phone: (816) 470-9938
                                                          gwilcox@aclu-mo.org

                                                          *ATTORNEYS FOR PLAINTIFFS*

                                                          Teresa A. Moore
                                                          United States Attorney

                                                          By /s/ Alan T. Simpson
                                                          Alan T. Simpson, Mo. Bar No. 65183
                                                          Assistant United States Attorney
                                                          Western District of Missouri
                                                          400 East Ninth Street, Suite 5510

Kansas City, Missouri 64106
Telephone: (816) 426-3130
Facsimile: (816) 426-3165
Email: alan.simpson@usdoj.gov

*ATTORNEY FOR THE UNITED STATES*

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed electronically on April 19, 2023, and delivered by operation of the Court's CM/ECF system to all counsel of record.

/s/ J. Emmett Logan