IN THE UNITED STATE DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| ANDREA MARTINEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19-cv-06135-FJG |
| | ) | |
| UNITED STATES OF AMERICA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW

Jessie Steffan moves to withdraw as counsel for Plaintiffs as my employment with the American Civil Liberties Union of Missouri ends on April 30, 2023. All other counsel for Plaintiffs entered on this matter remain.

    Respectfully submitted,
    /s/ Jessie Steffan
    Jessie Steffan, #64861MO
    ACLU of Missouri Foundation
    906 Olive Street, Suite 1130
    St. Louis, MO 63101
    314-652-3114
    jsteffan@aclu-mo.org
    *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed electronically and served by operation of the CM/ECF system on all counsel of record on April 26, 2023.

/s/ Jessie Steffam