IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| ANDREA MARTINEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 19-06135-CV-W-FGJ |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

# ENTRY OF APPEARANCE AND MOTION TO WITHDRAW

Jeffrey P. Ray, Deputy United States Attorney, hereby enters his appearance as counsel for the remaining named defendant United States of America, in the above-referenced case.

With good cause being shown by the above entry of appearance of substitute counsel, pursuant to W.D. Mo. Local Rule 83.2, the undersigned respectfully moves that Alan T. Simpson, Assistant United States Attorney, be withdrawn as counsel for the United States and, further, that Mr. Simpson be removed from the Court's mailing matrix for this case.

Respectfully submitted,

Teresa A. Moore
United States Attorney

By   /s/ Jeffrey P. Ray

Jeffrey P. Ray
Deputy United States Attorney
Missouri Bar No. 35632

Charles Evans Whittaker Courthouse
400 East Ninth Street, Fifth Floor
Kansas City, MO 64106
(816) 426-3130   FAX: (816) 426-3165
E-MAIL: Jeffrey.Ray@usdoj.gov

ATTORNEYS FOR DEFENDANT