# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| ANDREA MARTINEZ, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 5:19-CV-06135-FJG |
| UNITED STATES OF AMERICA, ET AL., | ) |
| Defendants. | ) |

## ORDER

Currently pending before the Court is the Joint Motion of plaintiff Andrea Martinez and defendant United States of America to Dismiss this Action With Prejudice (Doc. # 177). Accordingly, for good cause shown and pursuant to Fed.R.Civ.P. 41(a)(2), the case is hereby **DISMISSED** with **PREJUDICE**. Each side shall bear its own costs, expenses and fees.

Date: August 8, 2023
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**
Fernando J. Gaitan, Jr.
United States District Judge